UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61736-CIV-DIMITROULEAS

BEVERLY GULLETT,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC,

Defendants.

_______________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court on the Consent to Removal, noting that Plaintiff and Trans Union have settled Plaintiff's claims against Trans Union. *See* [DE 1] at p. 5.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant Trans Union shall file the appropriate dismissal documents on or before **July 2, 2026**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record