UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61736-CIV-DIMITROULEAS

BEVERLY GULLETT,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC,

Defendants.
_______________________________________/

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL REGARDING TRANS UNION LLC, ONLY**

THIS CAUSE came before the Court on the Court's Joint Stipulation of Dismissal Regarding Trans Union, LLC, Only, filed July 7, 2026. [DE 11]. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 11] is hereby **APPROVED**.
2. This case is **DISMISSED** with prejudice as to Defendant Trans Union LLC Only
3. This case shall remain pending as to the remaining Defendant(s).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record