UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61736-CIV-DIMITROULEAS

BEVERLY GULLETT,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC,

Defendants.

_______________________________________/

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL REGARDING EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal Regarding Experian Information Solutions, Inc., filed August 18, 2026. [DE 18]. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 18] is hereby **APPROVED**.
2. This case is **DISMISSED** with prejudice as to Defendant Experian Information Solutions, Inc.
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record